IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-30948
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

WILLIE VICKERS,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 01-CR-58-ALL-F
--------------------
June 18, 2002

Before HIGGINBOTHAM, DAVIS, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Willie Vickers appeals his conviction for possession of a firearm by a convicted felon pursuant to 18 U.S.C. §§ 922(g)(1) and 924(a)(2). He argues that the district court abused its discretion in denying his motion for a mistrial. Specifically, Vickers contends that the district court committed reversible error when it inadvertently disclosed the nature of Vickers' prior felony conviction to the jury, in violation of the rule

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

announced in <u>Old Chief v. United States</u>, 519 U.S. 172, 174 (1997).

We have reviewed the record and the briefs submitted by the parties and hold that any error committed by the district court is harmless given the curative instructions provided to the jury both at the beginning and end of Vickers' trial.  <u>See</u> <u>United States v. Munoz</u>, 150 F.3d 401, 413 (5th Cir. 1998).

AFFIRMED.